19-MJ-743 DTS
RULE 5 IN

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

FILED
Eastern District of Kentucky

for the

Eastern District of Kentucky

NOV 1 9 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:19-MJ-2628-CJS |
| HUMBERTO RANGEL-TORRES | ) | |
| | ) | Charging District's Case No.   19-MJ-743-OTS |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
_____ Humberto Rangel-Torres _____ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.  — *in Minnesota*

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.  *Will need interpreter & ct. appointed counsel*

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

SCANNED
NOV 22 2019
U.S. DISTRICT COURT MPLS

Date:    11/19/2019 _____         *Humberto Rangel torres*
                                        *Defendant's signature*

FILED AND CERTIFIED
ROBERT R. CARR, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Date: 11/21/19
By:  KRM
**Deputy Clerk**

*Humberto Rangel torres*
*Signature of defendant's attorney*

Gary  J.  Sergent _____
*Printed name of defendant's attorney*  KBA #63166

CASE 0:19-cr-00319-ECT-TNL   Doc. 3   Filed 11/22/19   Page 2 of 6

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION AT COVINGTON
**SEALED Criminal Minutes – Criminal Rule 5 Removal Proceedings**

**Cr. No. 2:19-MJ-2628-CJS**          at **COVINGTON**                                    **11/19/2019**

**U.S. vs. HUMBERTO RANGEL-TORRES**                    **X** Present    **X** Custody

---

PRESENT:    **HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

| **Kati Manning** | **KYED-COV_2-19-mj-2628-CJS_20191119_135931** | **Roberto Hernandez** |
|---|---|---|
| Deputy Clerk | Audio File Number | Interpreter |

I, Kati Manning, CERTIFY the official record of this proceeding is an audio file.

**Elaine Leonhard**          **Gary Sergent**
Assistant U.S. Attorney      Attorney for Defendant          **X** Present   **X** Appointed

---

**PROCEEDINGS:  INITIAL APPEARANCE IN RULE 5 PROCEEDINGS**

On November 19, 2019, the above-named Defendant appeared for an initial proceeding under Criminal Rule 5 on a Criminal Complaint filed in the District of Minnesota.  U.S. Probation Officer Leanne Vonderhaar was also present for this proceeding.  Defendant informed of his rights; Criminal Complaint and potential penalties reviewed with Defendant.  The United States seeks detention. Having heard from counsel, **IT IS ORDERED** as follows:

1)      Gary Sergent is appointed under the Criminal Justice Act to represent Defendant for proceedings in this district.

2)      Defendant waived an Identity Hearing and production of the warrant and stipulates he is the named individual in the charging/arrest documents.  He also waived a Preliminary Hearing and Detention Hearing in this district and requests that these hearings be held in the District of Minnesota per the Waiver entered concurrently.

3)      Defendant is remanded to custody of the U.S. Marshal to be transported to the District of Minnesota, the charging district.

```
FILED AND CERTIFIED
ROBERT R. CARR, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Date: 11?21/19
By:  krm
        Deputy Clerk
```

**Signed By:**

*Candace J. Smith*

**United States Magistrate Judge**

USA/USPO/USM/CJA/G. Sergent                              Deputy Clerk Init. **KRM**
TIC:  35 mins.

J:\DATA\Orders\criminal cov\2019\19-2628 Rule 5 removal mins.docx

AO 94 (Rev. 06/09) Commitment to Another District

Eastern District of Kentucky

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

F I L E D

NOV 19 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| HUMBERTO RANGEL-TORRES | ) | Case No.   2:19-MJ-2628-CJS |
| | ) | |
| _____ | ) | Charging District's |
| *Defendant* | ) | Case No.   19-MJ-743-OTS |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of   MINNESOTA   ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

SPANISH _____ .

The defendant:   ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____11/19/2019_____

_____Candace J Smith_____
*Judge's signature*

Candace J Smith
United States Magistrate Judge
*Printed name and title*

FILED AND CERTIFIED
ROBERT R. CARR, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Date: 11/21/19
By: KRM
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
DIVISION AT

**Eastern District of Kentucky**
**F I L E D**

**NOV 1 9 2019**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## OATH TO INTERPRETER

Do you solemnly swear or affirm that you will interpret faithfully and accurately in this matter now before the court; do you so swear or affirm?

INTERPRETER

ROBERTO HERNANDEZ
(Print Name)

Subscribed and sworn to before me this __19th__ day of __November__ 2019

ROBERT R. CARR, CLERK

BY: _____

Date of Service: __11/19/19__
Language: __SPANISH__

Case No: __19-46 & 17-21__        _____ USA v. Medrano-Tomas

_____        Judge: _____

Case No: __19-2628__        _____ USA    v. Rangel-Torres

Proceeding: _____        Judge: _____

Case No: _____        _____ v. _____

Proceeding: _____        Judge: _____

**FILED AND CERTIFIED**
**ROBERT R. CARR, CLERK**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
Date: 11/21/19
By: KRM
Deputy Clerk

SEALED,TERMED

## U.S. District Court
## Eastern District of Kentucky (Covington)
## CRIMINAL DOCKET FOR CASE #: 2:19-mj-02628-CJS-1 *SEALED*
### Internal Use Only

Case title: USA v. Rangel-Torres
Other court case number: 19-mj-743-DTS District of Minnesota

Date Filed: 11/19/2019
Date Terminated: 11/19/2019

Assigned to: Magistrate Judge Candace J. Smith

### Defendant (1)

**Humberto Rangel-Torres**
*TERMINATED: 11/19/2019*

represented by **Gary John Sergent**
O'Hara, Taylor, Sloan & Cassidy
25 Town Center Boulevard
Suite 201
Crestview Hills, KY 41017
859-331-2000
Fax: 859-578-3365
Email: gsergent@oharataylor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1591(a),1591(b)(2),1594(a)and 1594(c):SEX
TRAFFICKING OF A MINOR BY FORCE,
FRAUD, AND COERCION

**Disposition**

### Plaintiff

**USA**

represented by **Elaine K. Leonhard**
U.S. Attorney's Office - Ft. Mitchell
207 Grandview Drive
Suite 400
Ft. Mitchell, KY 41017-2762
859-652-7035
Fax: 859-655-3211
Email: Elaine.K.Leonhard@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2019 | 1 | Rule 40 Documents as to Humberto Rangel-Torres (KRB) (Additional attachment(s) added on 11/21/2019: # 1 SEALED DOCUMENT) (KRB). (Entered: 11/21/2019) |
| 11/19/2019 | | Arrest of Humberto Rangel-Torres (KRB) (Entered: 11/21/2019) |
| 11/19/2019 | 3 | Arrest WARRANT Returned Executed on 11/19/2019 in case as to Humberto Rangel-Torres. (KRB) (Entered: 11/21/2019) |
| 11/19/2019 | | CJA Case Assignment by Clerk: APPOINTED Gary Sergent. cc: COR, USP, USM (KRB) (Entered: 11/21/2019) |
| 11/19/2019 | 4 | MINUTE ENTRY for INITIAL APPEARANCE IN RULE 5(c)(3) Proceedings as to Humberto Rangel-Torres held on 11/19/2019 before Magistrate Judge Candace J. Smith: Gary Sergent appeared as APPOINTED CJA counsel of record. 1) Gary Sergent is appointed under the Criminal Justice Act to represent Defendant for proceedings in this district. 2) Defendant waived an Identity Hearing and production of the warrant and stipulates he is the named individual in the charging/arrest documents. He also waived a Preliminary Hearing and Detention Hearing in this district and requests that these hearings be held in the District of Minnesota per the Waiver entered concurrently. 3) Defendant is remanded to custody of the U.S. Marshal to be transported to the District of Minnesota, the charging district. (Tape #KYED-COV_2-19-mj-2628-CJS_20191119_135931.)(Interpreter Roberto Hernandez.) Signed by Magistrate Judge Candace J. Smith. (KRB)cc: COR,USM,USP (Entered: 11/21/2019) |
| 11/19/2019 | 5 | CJA 23 Financial Affidavit by Humberto Rangel-Torres (KRB) (Entered: 11/21/2019) |
| 11/19/2019 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Humberto Rangel-Torres. Defendant committed to District of District of Minnesota.. Signed by Magistrate Judge Candace J. Smith on 11/19/2019. (KRB)cc: COR,USM,USP (Entered: 11/21/2019) |
| 11/19/2019 | 7 | WAIVER of Rule 5(c)(3) Hearings by Humberto Rangel-Torres (KRB) (Entered: 11/21/2019) |
| 11/19/2019 | 8 | INTERPRETER OATH: Roberto Hernandez placed under oath to interpret Rule 5(c)(3) proceedings held on 11/19/2019 before Judge Magistrate Judge Candace J. Smith as to Humberto Rangel-Torres. (KRB) (Entered: 11/21/2019) |
| 11/19/2019 | | Terminated defendant in Magistrate Case Humberto Rangel-Torres, pending deadlines, and motions.. (KRB) (Entered: 11/21/2019) |
| 11/21/2019 | | Conflict Check run. (KRB) (Entered: 11/21/2019) |
| 11/21/2019 | | CJA Appointment of Attorney for Humberto Rangel-Torres. The Clerk ENTERED the representation and appointment in the eVoucher system for Gary Sergent. (KRB) (Entered: 11/21/2019) |
| 11/21/2019 | | Clerk's Note: as to Humberto Rangel-Torres: re 1 Rule 40 Document - Arrest in our District Copies of documents certified and emailed to the District of Minnesota 2:19-mj-743 (KRB) (Entered: 11/21/2019) |